In the Matter of the Accounting of BENJAMIN J. WEIL et al., as Executors of JONAS WEIL, Deceased, Respondents.

BELLE W. SALMONY et al., Appellants and Respondents; BENJAMIN J. WEIL et al., Appellants and Respondents; NATHAN BURKHAN, as Special Guardian for HOWARD J. FROHLICH et al., Respondents.

(Argued November 19, 1929; decided December 6, 1929.)

*Edward L. Blackman* and *Edgar J. Drachman* for Belle W. Salmony et al., appellants and respondents.

*Nathan D. Stern* and *Norman M. Behr* for Benjamin J. Weil et al., appellants and respondents.

*Samuel Levy* for executors, respondents.

*Nathan Burkhan* for Howard J. Frohlich et al., respondents.

Order affirmed, with costs to all parties appearing in this court and filing briefs payable out of the estate; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.